IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL L. McCLELLAN, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | CIVIL ACTION NO. 04-RRA-3342-S |
| ] | |
| BUREAU OF PRISONS, ] | |
| ] | |
| Defendant. ] | |

**MEMORANDUM OPINION**

The plaintiff, Samuel L. McClellan, initiated this action on November 29, 2004, by filing a "Complaint for Damages under the Freedom of Information and Privacy Act, 5 U.S.C. § 552 [et seq.]." On July 28, 2005, the magistrate judge entered a report and recommendation, recommending that the action be transferred to the United States District Court for the Southern District of Mississippi. The plaintiff was afforded an opportunity to object to the report and recommendation, but has not done so. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Accordingly, this action is due to be transferred to the United States District Court for the Southern District of Mississippi. An appropriate order will be entered.

Done this 18th day of October, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE